IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-140-NJR-DGW |
| | ) | |
| AFTON PUMPS, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED SCHEDULING ORDER**

**WILKERSON, Magistrate Judge:**

On June 23, 2015, a telephonic conference was held in which the parties appeared by counsel as noted in the related minute entry (Doc. 520). During that conference the Court set an August 7, 2015 deadline for the deposition of Plaintiff's fact/product identification witnesses. The Court also indicated that it would adjust the schedule in this matter to account for this new deadline.

The following shall represent the remaining deadlines in this matter. Any deadline or scheduling matter not mentioned in this Order shall be governed by the Court's previous Amended Scheduling Order (Doc. 328).

A.   Plaintiff's Deposition and the deposition of Plaintiff's fact/product identification witnesses shall be taken by **August 7, 2015**.

B.   Defendants' depositions shall be taken by **September 11, 2015**.

C.   Motions to Amend shall be filed by **August 14, 2015**.

D.   Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   1.   Plaintiff's expert(s): **November 8, 2015**

    2.    Defendants' expert(s): **March 8, 2016**

    3.    Third Party expert(s): **March 8, 2016**

E.    Depositions of expert witnesses must be taken by:

    1.    Plaintiff's expert(s): **January 8, 2016**

`    2.    Defendants' expert(s): **April 8, 2016**

    3.    Third Party expert(s): **April 8, 2016**

F.    Discovery shall be completed by **April 8, 2016.**

G.    All dispositive motions and *Daubert* Motions shall be filed by **April 22, 2016.**

H.    A telephonic status conference is **SET** for **August 25, 2015** at **3:00 p.m.** Plaintiff to set-up the conference call and to file a notice with the Court indicating the conference call-in information. Parties should be prepared to discuss any discovery disputes and the lifting of the stay regarding crossclaims, counterclaims, avoidance, and affirmative defenses.

I.    The Settlement Conference remains set for **April 7, 2016 at 9:00 a.m.**

J.    The Final Pretrial date, **July 11, 2016**, remains unchanged.

K.    The Jury Trial month, **August, 2016**, also remains unchanged.

**IT IS SO ORDERED.**

**DATED: August 11, 2015**

    **DONALD G. WILKERSON**
    **United States Magistrate Judge**