IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD ELLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:15-cv-140-NJR-DGW |
| AFTON PUMPS, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Appoint Special Administrator, Substitute Parties, and Amend Complaint for Death filed by Plaintiff's attorneys on February 8, 2016 (Doc. 609). The Court construes the motion as a suggestion of death on the record.

No objection having been filed, the Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Jennifer Pritchard, as special administrator of the estate of Richard Ellis, is hereby substituted as the proper party-Plaintiff and shall file an Amended Complaint reflecting this substitution by **March 24, 2016**.

**IT IS SO ORDERED.**

**DATED: March 15, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　**DONALD G. WILKERSON**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**